22-16162

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**TODD ASHKER,**

                  Plaintiff-Appellant,

    v.

**S. KERNAN, et al.,**

                  Defendants-Appellees.

On Appeal from the United States District Court
for the Northern District of California

No. 3:18-cv-06350-WHA
The Honorable William Alsup, Judge

**DEFENDANTS-APPELLANTS'
SUPPLEMENTAL EXCERPTS OF RECORD
(INDEX VOLUME)**

Rob Bonta
Attorney General of California
Monica N. Anderson
Senior Assistant Attorney General
Neah Huynh
Supervising Deputy Attorney General
Cassandra J. Shryock
Deputy Attorney General
State Bar No. 300360
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3622
 Fax: (415) 703-5843
 Email: Cassandra.Shryock@doj.ca.gov
*Attorneys for Defendants-Appellees
Beard, Kernan, Ducart, Giurbino,
Hubbard, Rothchild, Ruff, Robertson,
Harrington, McLaughlin, Russell, Vargas,
Fallis, and Black*

22-16162

# DEFENDANTS-APPELLANTS' EXCERPTS OF RECORD

# (INDEX VOLUME)

| DKT. NO. | TITLE | DATE | SER No. |
|---|---|---|---|
| Volume 1 of 7 | | | |
| 92 | Judgment | 06/28/2022 | 2 |
| 91 | Order Granting Motion for Summary Judgment | 06/28/2022 | 3 – 16 |
| 78 | Order Denying Motion to Appoint Counsel; Scheduling Briefing Regarding Plaintiff's Objections | 03/03/2022 | 17 – 18 |
| 75 | Order Denying Motion to Compel; to Place Plaintiff on Priority Legal User Status or Show Cause Why Not | 02/14/2022 | 19 – 20 |
| 37 | Order Granting in Part Motion to Dismiss; Severing and Transferring Certain Claims to the Eastern District of California; Ordering Service of Additional Defendants; Granting Extension of Time; Denying Appointment of Counsel | 03/11/2021 | 21 – 29 |

| 10 | Order of Partial Dismissal and of Service | 05/28/2020 | 30 – 33 |
|---|---|---|---|
| **Volume 2 of 7** | | | |
| 88 | Excerpts of Defendants' Reply in support of Motion for Summary Judgment | 03/30/2022 | 35-36 |
| 87 | Defendants' Opposition to Ashker's Motion for Reconsideration re: Motion to Compel | 03/23/2022 | 37 – 51 |
| 83 | Plaintiff's Memorandum of Points and Authorities in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment | 03/16/2022 | 52 – 68 |
| 82[1] | Plaintiff's Request for Judicial Notice in support of Opposition to Defendants' Motion for Summary Judgment (including supporting exhibits) | 03/14/2022 | 69 – 223 |

---

[1] Dkt. No. 81 is an identical request for judicial notice. For brevity, Defendants-Appellees have only included one version.

| | **Volume 3 of 7** | | |
|---|---|---|---|
| 80 | Plaintiff's Declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment (including supporting exhibits) | 03/14/2022 | 225 – 500 |
| 77 | Plaintiff's Objections to Order Denying Motion to Compel, and Request for Leave to Seek Reconsideration; and, Renewed Motion for Appointment of Counsel | 02/25/2022 | 501 – 508 |
| 73 | Defendant's Opposition to Ashker's Motion to Compel | 02/10/2022 | 509 – 523 |
| | **Volume 4 of 7** | | |
| 73-1 | Attachments to Defendants' Opposition to Motion to Compel | 02/10/2022 | 525 – 586 |
| 69 | Plaintiff's Declaration in support of Plaintiff's Motion to Compel Discovery | 02/02/2022 | 587 – 605 |
| 68 | Plaintiff's Memorandum of Points and Authorities in support of Plaintiff's Motion to Compel | 02/02/2022 | 606 – 633 |

| 67 | Plaintiff's Motion to Compel Discovery | 02/02/2022 | 634 – 638 |
|---|---|---|---|
| 67-1 | Table of Exhibits in support of Motion to Compel | 02/02/2022 | 639 – 642 |
| 67-2 | Exhibits in support of Plaintiff's Motion to Compel Discovery | 02/02/2022 | 643 – 664 |
| 67-3 | Additional Exhibits in support of Plaintiff's Motion to Compel Discovery | 02/02/2022 | 665 – 686 |
| 63 | Order Granting Extension of Time | 01/24/2022 | 687 |
| 62 | Plaintiff's Notice of Motion and Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment | 12/10/2021 | 688 – 696 |
| 61 | Defendants' Notice of Motion and Motion for Summary Judgment (Excerpted) | 11/10/2021 | 697 – 703 |
| 61-1 | Declaration of H. Moseley in support of Defendants' Motion for Summary Judgment | 11/10/2021 | 704 – 707 |

| 61-2 | Exhibits to Declaration of H. Moseley in support of Defendants' Motion for Summary Judgment | 11/10/2021 | 708 – 797 |
|---|---|---|---|
| 61-3 | Declaration of S. Hubbard in support of Defendants' Motion for Summary Judgment | 11/10/2021 | 798 – 804 |
| 61-4 | Exhibits to Declaration of S. Hubbard in support of Defendants' Motion for Summary Judgment | 11/10/2021 | 805 – 815 |
| 61-5 | Declaration of T. Davies in support of Defendants' Motion for Summary Judgment | 11/10/2021 | 816 – 817 |
| **Volume 5 of 7** | | | |
| 61-6 | Exhibits to Declaration of T. Davies in support of Defendants' Motion for Summary Judgment | 11/10/2021 | 819 – 844 |
| 61-7 | Declaration of Deputy Attorney General Cassandra J. Shryock in Support of Defendants' Motion for Summary Judgment | 11/10/2021 | 845 – 846 |
| 61-8 | Exhibits to Declaration of Deputy Attorney General Cassandra J. Shryock in Support of Defendants' Motion for Summary Judgment | 11/10/2021 | 847 – 1044 |

| 61-9 | Declaration of G. Giurbino in Support of Defendants' Motion for Summary Judgment | 11/10/2021 | 1045 – 1051 |
|---|---|---|---|
| 61-10 | Declaration of J. Harden | 11/10/2021 | 1052 – 1057 |
| 61-11 | Defendants' Request for Judicial Notice in Support of Motion for Summary Judgment | 11/10/2021 | 1058 – 1059 |
| **Volume 6 of 7** | | | |
| 61-12 | Exhibits to Defendants' Request for Judicial Notice in Support of Motion for Summary Judgment | 11/10/2021 | 1061 – 1250 |
| 61-14 | Defendants' Rand Warning to Plaintiff Regarding Opposing Summary Judgment | 11/10/2021 | 1251 – 1253 |
| **Volume 7 of 7** | | | |
| 22 | First Amended Complaint and Demand for Jury Trial | 09/02/2020 | 1255 - 1386 |
| 1 | Complaint and Demand for Jury Trial | 10/17/2018 | 1387 - 1499 |

| 93 | Notice of Appeal | 07/27/2022 | 1500-1501 |
|---|---|---|---|
| --- | U.S. District Court, California Northern District (San Francisco), Civil Docket for Case #: 3:18-cv-06350-WHA | --- | 1502 - 1520 |

Dated: September 19, 2023            Respectfully submitted,

                                           ROB BONTA
                                           Attorney General of California
                                           MONICA N. ANDERSON
                                           Senior Assistant Attorney General
                                           NEAH HUYNH
                                           Supervising Deputy Attorney General


                                           ***/s/ CASSANDRA J. SHRYOCK***
                                           CASSANDRA J. SHRYOCK
                                           Deputy Attorney General
                                           *Attorneys for Defendants-Appellees*

SF2022401504
SER Index Volume.docx

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: *T. Ashker v. S. Kernan, et al.*
Case No.: **22-16162**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On September 19, 2023, I served the attached

- **DEFENDANTS-APPELLANTS' SUPPLEMENTAL EXCERPTS OF RECORD (INDEX VOLUME)**
- **DEFENDANTS-APPELLANTS' SUPPLEMENTAL EXCERPTS OF RECORD (VOLUME 1 OF 7)**
- **DEFENDANTS-APPELLANTS' SUPPLEMENTAL EXCERPTS OF RECORD (VOLUME 2 OF 7)**
- **DEFENDANTS-APPELLANTS' SUPPLEMENTAL EXCERPTS OF RECORD (VOLUME 3 OF 7)**
- **DEFENDANTS-APPELLANTS' SUPPLEMENTAL EXCERPTS OF RECORD (VOLUME 4 OF 7)**
- **DEFENDANTS-APPELLANTS' SUPPLEMENTAL EXCERPTS OF RECORD (VOLUME 5 OF 7)**
- **DEFENDANTS-APPELLANTS' SUPPLEMENTAL EXCERPTS OF RECORD (VOLUME 6 OF 7)**
- **DEFENDANTS-APPELLANTS' SUPPLEMENTAL EXCERPTS OF RECORD (VOLUME 7 OF 7)**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Todd Lewis Ashker (C58191)
Ironwood State Prison
P.O. Box 2199
Blythe, CA 92226
*in pro per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 19, 2023, at San Francisco, California.

| | |
|---|---|
| B. Chung | *[signature]* |
| Declarant | Signature |

SF2022401504
43886087.docx